# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION                 MDL No. 2244

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −97)

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 668 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 11, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

By s/ PAIGE LESSOR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
October 12, 2012

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION  MDL No. 2244

### SCHEDULE CTO−97 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | | |
|---|---|---|---|---|---|
| ALABAMA NORTHERN | | | | | |
| ALN | 2 | 12−02795 | Campbell v. Johnson & Johnson Inc et al | | |
| ALN | 2 | 12−03013 | Love v. DePuy Orthapedics Inc et al | | |
| CALIFORNIA CENTRAL | | | | | |
| CAC | 2 | 12−07069 | Louis Silva v. DePuy Orthopaedics, Inc. et al | | |
| ~~CAC~~ | ~~2~~ | ~~12−08105~~ | ~~Charles Crittenden et al v. DePuy Orthopaedics Inc et al~~ | Opposed | 10/09/12 |
| ~~CAC~~ | ~~2~~ | ~~12−08113~~ | ~~Judith Romano et al v. DePuy Orthopaedics, Inc. et al~~ | Opposed | 10/09/12 |
| CAC | 2 | 12−08115 | Joolia Harper v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08116 | Ruth Trammell v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08117 | Seneca Coats v. DePuy Orthopaedics, Inc. et al | | |
| ~~CAC~~ | ~~2~~ | ~~12−08119~~ | ~~Robert Ditro v. DePuy Orthopaedics, Inc. et al~~ | Opposed | 10/09/12 |
| ~~CAC~~ | ~~2~~ | ~~12−08130~~ | ~~Dennis Davis et al v. DePuy Orthopaedics, Inc. et al~~ | Opposed | 10/09/12 |
| CAC | 2 | 12−08132 | Anita Chandler v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08164 | Anthony D. Burnette et al v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08166 | Mary Chapman v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08193 | Kevin Bryant et al v. DePuy Orthopaedics, Inc. et al | | |
| CAC | 2 | 12−08216 | David Addi et al v. DePuy Orthopaedics Inc et al | | |
| CAC | 2 | 12−08217 | Joshua Davis et al v. DePuy Orthopaedics Inc et al | | |
| CAC | 2 | 12−08222 | Dortha Fauci et al v. DePuy Orthopaedics Inc et al | | |
| CAC | 2 | 12−08223 | Keith Hicks et al v. DePuy Orthopaedics Inc et al | | |
| CALIFORNIA NORTHERN | | | | | |
| CAN | 3 | 12−04913 | Phillips v. Johnson & Johnson Services, Inc et al | | |
| CAN | 3 | 12−04942 | Gates v. Johnson & Johnson Services, Inc. et al | | |
| MONTANA | | | | | |
| MT | 9 | 12−00121 | Herlihy−Paoli v. DePuy Orthopaedics, Inc. et al | | |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 12−05927 | ALYWARD et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 2 | 12−05932 | BALLO v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 2 | 12−05933 | BRODOSKI et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 2 | 12−05934 | CABRERA v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 2 | 12−05935 | CHALFANT et al v. DEPUY ORTHOPAEDICS, INC. et al |